IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3102 |
| vs. | |
| CHANCE DEVLIN EDDINGS, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The defendant's unopposed motion to reduce sentence (filing 144) is granted, and the defendant's sentence will be reduced by separate order.

2. The defendant's *pro se* motion to reduce sentence (filing 129) is denied as moot.

3. The defendant's motion for status (filing 133) is denied as moot.

4. The defendant's motion to appoint counsel (filing 142) is denied as moot.

Dated this 10th day of December, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge